### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|           Plaintiff,                               ) | |
|           vs.                                            ) | 8:03R395 |
| DARIES L. DEVERS,                        ) | ORDER |
|           Defendant.                          ) | |

      Defendant Daries L. Devers appeared before the court on Tuesday, September 7, 2010 on a Petition for Warrant or Summons for Offender Under Supervision [149]. The defendant was represented by Assistant Federal Public Defender Jessica P. Douglas and the United States was represented by Assistant U.S. Attorney Russell X. Mayer. The government did not request detention. The Defendant was not entitled to a preliminary examination.

      I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

      **IT IS ORDERED**:

      1.    A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **October 4, 2010 at 9:00 a.m .** Defendant must be present in person.

      2.    The defendant is released on current conditions of supervision.

      DATED this 8th day of September, 2010.

                                                                         BY THE COURT:

                                                                s/ F. A. Gossett
                                                                 United States Magistrate Judge